Kevin THOMAS and Joyce Baker, Plaintiffs–Appellees,

v.

ANCHORAGE EQUAL RIGHTS COMMISSION and the Municipality of Anchorage, Defendants–Appellants.

and

Paula Haley in her official capacity as the Executive Director of the Alaska State Commission for Human Rights, Defendant.

Kevin Thomas and Joyce Baker, Plaintiffs–Appellees,

v.

Anchorage Equal Rights Commission and the Municipality of Anchorage, Defendants,

and

Paula Haley in her official capacity as the Executive Director of the Alaska State Commission for Human Rights, Defendant–Appellant.

Nos. 97–35220, 97–35221.

United States Court of Appeals, Ninth Circuit.

Filed Oct. 19, 1999

## ORDER

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court, pursuant to Circuit Rule 35–3. The three–judge panel opinion, *Thomas v. Anchorage Equal Rights Comm'n*, 165 F.3d 692 (9th Cir.1999), is withdrawn.